# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Reginald Covington<br>　　　　　　　　Debtor(s)<br><br>FREEDOM MORTGAGE CORPORATION, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br>Reginald Covington<br>　　　　　　　　Debtor(s)<br><br>William C. Miller<br>　　　　　　　　Trustee | CHAPTER 13<br><br>NO. 18-17998 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Entry of Appearance of FREEDOM MORTGAGE CORPORATION, which was filed with the Court on or about **03/06/2019**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　412-430-3594

March 7, 2019