**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      REGINALD COVINGTON    : CHAPTER 13
:
:
          DEBTOR                         : BANKRUPTCY NO. 18-17998MDC

CERTIFICATION OF SERVICE

    I hereby certify that true and correct copies of the Order Dismissing Chapter 13 Case has been served upon the Debtor, Trustee and all creditors on May 17, 2019 by regular first class mail.

                                          BY:    /Zachary Perlick/
                                                     Zachary Perlick, Esquire
                                                     1420 Walnut Street, Suite 718
                                                     Philadelphia, PA  19107
                                                     (215) 569-2922