United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-17998-mdc
Reginald Covington                                                  Chapter 13
Reginald Covington
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 2              Date Rcvd: May 16, 2019
                             Form ID: pdf900          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
```
db             +Reginald Covington,    MAILING ADDRES,    5254 Rodman Street,    Philadelphia, PA 19143-1529
db              Reginald Covington,    3218-3220 W. Cheltenham Avenue,    Philadelphia, PA 19150-1003
cr             +Bayview Loan Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14271155       +AMERIHOME MORTGAGE COMPANY, LLC,    CENLAR FSB,    Attn: BK Department,    425 PHILLIPS BLVD.,
                 EWING NJ 08618-1430
14249479       +American Heritage FCU,    3110 Grant Ave.,    Philadelphia, PA 19114-2542
14249480       +American Home Mortgage,    POB 77404,    Trenton, NJ 08628-6404
14249289        Amerihome Mortgage Company, LLC,    c/o Mario J. Hanyon, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA  19103
14249293        Amerihome Mortgage Company, LLC,    c/o Jodi L. Hause, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia PA.   19103
14254227       +Bayview Loan Servicing, LLC,    c/o McCalla, Raymer, Leibert, Pierce, LL,
                 Bankruptcy Department,    1544 Old Alabama Road,    Roswell, GA 30076-2102
14249484      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Sears,    PO Box 183082,    Columbus, OH 43218-3082)
14272070       +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14263969       +Commonwealth of Pennsylvania,    Department of Revenue,    c/o Denise A. Kuhn, Esq.,
                 The Phoenix Building,    1600 Arch St, Suite 300,    Philadelphia PA 19103-2016
14283980       +Freedom Mortgage Corporation,    c/o Rebecca A. Solarz, Esq.,    701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
14281532       +M&T Bank,    c/o Christopher M. McMonagle, Esq.,    1581 Main Street, Suite 200,
                 The Shops at Valley Square,    Warrington PA 18976-3403
14284535       +M&T Bank,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14240997       +PGW,    P.O. Box 11700,    Newark, NJ 07101-4700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:35    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2019 02:37:30    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:37:04
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA  17128-0946
14240995        E-mail/Text: cio.bncmail@irs.gov May 17 2019 02:36:44    Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14240996        E-mail/Text: camanagement@mtb.com May 17 2019 02:36:49    M&T Bank,    One Fountain Plaza,
                 Buffalo, NY 14203
14271705        E-mail/Text: camanagement@mtb.com May 17 2019 02:36:49    M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
14250622        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:37:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 7
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14249481*       Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14249482*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court: M&T Bank,    One Fountain Plaza,    Buffalo, NY 14203)
14249483*      +PGW,    P.O. Box 11700,    Newark, NJ 07101-4700
                                                                                    TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Christina          Page 2 of 2          Date Rcvd: May 16, 2019
                             Form ID: pdf900          Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE   on behalf of Creditor    M&T BANK cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              DENISE A. KUHN   on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              JEROME B. BLANK   on behalf of Creditor    AMERIHOME MORTGAGE COMPANY, LLC paeb@fedphe.com
              JODI L. HAUSE   on behalf of Creditor    AMERIHOME MORTGAGE COMPANY, LLC
               jodi.hause@phelanhallinan.com,  paeb@fedphe.com
              MARIO J. HANYON   on behalf of Creditor    AMERIHOME MORTGAGE COMPANY, LLC paeb@fedphe.com
              REBECCA ANN SOLARZ   on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              ZACHARY  PERLICK   on behalf of Debtor Reginald  Covington Perlick@verizon.net,
               pirelandl@verizon.net
                                                                              TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:         REGINALD COVINGTON   :      CHAPTER 13
                                          :
                                          :
         DEBTOR                   :      BANKRUPTCY No. 18-17998MDC

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming such service and (1) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed and setting a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

_Magdeline D. Coleman_
THE HONORABLE MAGDELINE D. COLEMAN

Dated: _5/18/19_