## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        REGINALD COVINGTON         : CHAPTER 13
                                         :
                                         :
              DEBTOR                     : BANKRUPTCY NO. 18-17998MDC

### AMENDED CERTIFICATION OF NO-OBJECTION OR RESPONSE

    I, Zachary Perlick, Esquire, hereby certify that I filed an Application for Compensation and gave notice to the Debtor, the Trustee, and all interested parties that they had twenty (20) days to file an answer, objection or other responsive pleading; that more than twenty (20) days have passed since the notices were mailed and I have not received an objection to the Application for Compensation nor has an Application for Administrative Expenses been filed.  I therefore request that the court enter the Order accompanying said application.

                                  BY    /s/ Zachary Perlick
                                         Zachary Perlick, Esquire
                                         1420 Walnut Street, Suite 718
                                         Philadelphia, PA  19107
                                         (215) 569-2922