United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-17998-mdc
Reginald Covington                                              Chapter 13
Reginald Covington
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Jun 17, 2019
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
```
db             +Reginald Covington,    MAILING ADDRES,    5254 Rodman Street,    Philadelphia, PA 19143-1529
db              Reginald Covington,    3218-3220 W. Cheltenham Avenue,    Philadelphia, PA  19150-1003
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:
```
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T BANK cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              JEROME B. BLANK    on behalf of Creditor    AMERIHOME MORTGAGE COMPANY, LLC paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    AMERIHOME MORTGAGE COMPANY, LLC
               jodi.hause@phelanhallinan.com, paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    AMERIHOME MORTGAGE COMPANY, LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Reginald   Covington Perlick@verizon.net,
               pireland1@verizon.net
                                                                                              TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | REGINALD COVINGTON | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 18-17998 MDC |

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,500.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $1,000.00 |
| Net amount to be paid by Trustee | $3,520.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
Chief United States Bankruptcy Judge

Dated:  June 17, 2019